October 7, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00098-CV

ARTHUR ARRIT CHAVASON, M.D., Appellant

V.

THE TEXAS MEDICAL BOARD, Appellee

This cause, an appeal from the judgment in favor of appellee, The Texas Medical Board, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Arthur Arrit Chavason, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered October 7, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.